USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LYONDELL CHEMICAL COMPANY, et al.,

                            Debtors.

MILLENNIUM HOLDINGS LLC,
                            Appellant,

           -against-

AKZO NOBEL PAINTS, LLC,

                            Appellee.

Chapter 11

Case No. 09-10023 (REG)

Jointly Administered

Case No. 1:11-cv-00163 (MGC)

Please take notice that upon the motion of Christopher R. Mirick and said sponsor attorney's declaration in support,

**IT IS HEREBY ORDERED** that William J. Kayatta, Esq. of Pierce Atwood LLP, One Monument Square, Portland, ME 04101 (Telephone number: (207) 791-1238, e-mail address: wkayatta@pierceatwood.com) is admitted *pro hac vice* as counsel for the Appellant in the above-captioned case pending in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.com.

Dated: New York, New York
      ~~January __, 2011~~
      February 2, 2011

                                     _____
                                     UNITED STATES DISTRICT JUDGE

USActive 21599666.1