USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2011

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LYONDELL CHEMICAL COMPANY, et al., | Case No. 09-10023 (REG) |
| Debtors. | Jointly Administered |
| MILLENNIUM HOLDINGS LLC, Appellant, | |
| -against- | Case No. 1:11-cv-00163 (MGC) |
| AKZO NOBEL PAINTS, LLC, Appellee. | |

Please take notice that upon the motion of Christopher R. Mirick and said sponsor attorney's declaration in support,

**IT IS HEREBY ORDERED** that Peter M. Friedman, Esq. of Cadwalader Wickersham & Taft LLP, 700 Sixth Street N.W., Washington, DC 20001 (Telephone: (202) 862-2200; Facsimile: (202) 862-2400; Email: peter.friedman@cwt.com) is admitted *pro hac vice* as counsel for the Appellant in the above-captioned case pending in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.com.

Dated:  New York, New York
~~January, 2011~~
February 2, 2011

_____
UNITED STATES DISTRICT JUDGE

USActive 16872962.2